UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 18-25309-CIV-MARTINEZ-REID

LUIS TORRES,

    Petitioner,

vs.

SECRETARY, FLORIDA DEPARTMENT
CORRECTIONS, *et al.*,

    Respondents.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation on Movant's *pro se* Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, (ECF No. 10).  Magistrate Judge Reid filed a Report and Recommendation, (ECF No. 19), recommending that (1) the petition be denied; (2) an evidentiary hearing be denied; and (3) no certificate of appealability be issued.  The Court has reviewed the entire file and record and notes that no objections have been filed.  After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Reid's Report and Recommendation, (ECF No. 19), is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that:

    1.    Movant's *pro se* Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, (ECF No. 10), is **DENIED**.

    2.    A certificate of appealability is **DENIED**.

3. This case is **CLOSED**, and all pending motions are **DENIED** as **MOOT.**

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of March, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Reid
All Counsel of Record
Luis Torres, *pro se*